NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**LIFENET HEALTH,**
*Appellant*

**v.**

**SURGALIGN SPINE TECHNOLOGIES, INC.,**
*Appellee*

---

2023-1394

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-00570.

---

## O R D E R

Upon consideration of the parties' joint stipulation to voluntarily dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b)(1),

IT IS ORDERED THAT:

(1)  The appeal is dismissed.

2    LIFENET HEALTH v. SURGALIGN SPINE TECHNOLOGIES, INC.

(2)  The parties shall bear their own costs.

FOR THE COURT



November 2, 2023
Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE: November 2, 2023